148 So. 334

### Green EVERS v. STATE.
### 8 Div. 506.

Supreme Court of Alabama.
May 18, 1933.

Street & Bradford, of Guntersville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

GARDNER, Justice.

Petition of Green Evers for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Evers v. State, 148 So. 333.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.